UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

               v.	**Order of Continuance**

KAKHABERI JOASHVILI,	**21 Mag. 5080**

               *Defendant*.

------------------------------------------------------X

     Upon the application of the United States of America and the affirmation of Thane Rehn, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with a violation of Title 18, United States Code, Section 1349, in a complaint dated June 4, 2021 and was arrested on June 9, 2021;

     It is further found that the defendant was presented before Magistrate Judge Nathaniel Fox on June 10, 2021, and was ordered released subject to a $20,000 personal recognizance bond secured by the signatures of one financially responsible individual and one individual for moral suasion;

     It is further found that Neil Kelly, Esq., counsel for defendant, and Assistant United States Attorney Thane Rehn have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

     It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived her right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until September 29, 2021, and that a copy of this Order and the affirmation of Assistant United States Attorney Thane Rehn be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
~~September ___, 2021~~
August 30, 2021

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

                v.

KAKHABERI JOASHVILI

                *Defendant*.

-------------------------------------------------------X

**Affirmation in Support of Application for Order of Continuance**

**21 Mag. 5808**

| State of New York | ) |
| County of New York | : ss.: |
| Southern District of New York | ) |

Thane Rehn, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Audrey Strauss, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. §3161(h)(7)(A).

2. The defendant was charged in a complaint dated June 4, 2021, with a violation of Title 18, United States Code, Section 1349. The defendant was arrested on June 9, 2021, and was presented before Magistrate Judge Nathaniel Fox on June 10, 2021. The defendant was ordered released subject to a $20,000 personal recognizance bond secured by the signatures of one financially responsible individual and one individual for moral suasion. The defendant is represented by Neil Kelly, Esq.

3. At the initial presentment, defense counsel consented to a waiver of his client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 21 days of the initial appearance. Accordingly, under the Speedy Trial Act the Government

initially had until July 1, 2021 within which to file an indictment or information. On July 1, 2021, Magistrate Judge Debra Freeman issued an order extending this date to July 30, 2021. On or about July 30, 2021, Magistrate Judge Ona T. Wang issued an order extending this date to August 30, 2021.

4. Defense counsel and the Government have had discussions regarding a possible disposition of this case beginning on June 10, 2021. The negotiations have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on August 30, 2021.

5. Therefore, the Government is requesting a 30-day continuance until September 29, 2021, to continue the foregoing discussions and reach a disposition of this matter. I have personally exchanged emails with defense counsel who specifically consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       August 30, 2021

_____
Thane Rehn
Assistant United States Attorney
212-637-2354